MARJIE D. BARROWS (State Bar No. 122129)
KATHLEEN M. DeLANEY (State Bar No. 196376)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

Attorneys for Defendant UNIGARD
INSURANCE COMPANY.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERPIECE ARTIST CANVAS, INC., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIGARD INSURANCE COMPANY., and DOES 1-10, inclusive,<br><br>Defendants. | Action No. CV-09-1971 EMC<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br>[Local Rules 6-2, 7-12] |

WHEREAS, the parties have agreed to attempt to resolve this action through mediation; and

WHEREAS, the parties have agreed to a mediator and are in the process of selecting a date; and

WHEREAS, the parties have agreed to engage in certain informal discovery in anticipation of the mediation; and

WHEREAS, the parties agree that additional time is needed and warranted to complete the mediation; and

///

WHEREAS, there have been no prior continuances of the case management conference;

NOW THEREFORE, it is stipulated that the case management conference currently scheduled for November 4, 2009, should be continued to December 23, 2009 at 2:30 p.m. ~~1:30~~ p.m. or such other date and time as the Court shall order. An updated joint cmc statement shall be filed by December 16, 2009.

IT IS SO STIPULATED.

Dated: November 3, 2009

CHAPMAN POPIK & WHITE LLP

By: /s/ Renee C. Callantine

Renee C. Callantine

Attorneys for Plaintiff MASTERPIECE ARTIST CANVAS, INC.

Dated: November 3, 2009

RUDLOFF WOOD & BARROWS LLP

By: /s/ Marjie D. Barrows

Marjie D. Barrows

Attorneys for Defendant UNIGARD INSURANCE COMPANY

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, it is hereby ordered that the case management conference in the above captioned action, which is currently set for November 4, 2009 at 1:30 p.m. in Courtroom C is continued to December 23, 2009 at 2:30 pm ~~a.m./p.m.~~ An updated joint cmc statement shall be filed by December 16, 2009.

IT IS SO ORDERED.

DATED: November 3, 2009



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

-3-
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
[PROPOSED] ORDER THEREON