1  MARJIE D. BARROWS (State Bar No. 122129)
   KATHLEEN M. DeLANEY (State Bar No. 196376)
2  **RUDLOFF WOOD & BARROWS LLP**
   2000 Powell Street, Suite 900
3  Emeryville, CA  94608
   Telephone:   (510) 740-1500
4  Facsimile:    (510) 740-1501

5  Attorneys for Defendant UNIGARD
   INSURANCE COMPANY.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERPIECE ARTIST CANVAS, INC., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIGARD INSURANCE COMPANY., and DOES 1-10, inclusive,<br><br>Defendants. | Action No.  CV-09-1971 EMC<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br>[Local Rules 6-2, 7-12] |

    WHEREAS, the parties have agreed to attempt to resolve this action through mediation; and

    WHEREAS, the parties have agreed to a mediator and are in the process of selecting a date; and

    WHEREAS, the parties have agreed to engage in certain informal discovery in anticipation of the mediation; and

    WHEREAS, the parties agree that additional time is needed and warranted to complete the mediation; and

///

-1-
**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER THEREON**

1         WHEREAS, there have been no prior continuances of the case management
2 conference;

3         NOW THEREFORE, it is stipulated that the case management conference currently
4 scheduled for November 4, 2009, should be continued to December 23, 2009 at ~~1:30~~ 2:30 p.m. or such
5 other date and time as the Court shall order. An updated joint cmc statement shall be filed by December 16, 2009.

6         IT IS SO STIPULATED.

7

8 Dated: November 3, 2009          CHAPMAN POPIK & WHITE LLP

9

10                                          By: _____
                                                      Renee C. Callantine

11                                Attorneys for Plaintiff MASTERPIECE
12                                ARTIST CANVAS, INC.

13 Dated: November 3, 2009          RUDLOFF WOOD & BARROWS LLP

14

15                                          By: _____
16                                                       Marjie D. Barrows

17                                Attorneys for Defendant UNIGARD
                               INSURANCE COMPANY

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
[~~PROPOSED~~] ORDER THEREON**

*(Left margin: RUDLOFF WOOD & BARROWS LLP, ATTORNEYS AT LAW, 2000 POWELL STREET, SUITE 900, EMERYVILLE, CALIFORNIA 94608, (510) 740-1500)*

[PROPOSED] ORDER

PURSUANT TO STIPULATION, it is hereby ordered that the case management conference in the above captioned action, which is currently set for November 4, 2009 at 1:30 p.m. in Courtroom C is continued to December 23, 2009 at 2:30 pm a.m./p.m. An updated joint cmc statement shall be filed by December 16, 2009.

IT IS SO ORDERED.

DATED: November 3, 2009



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

-3-
**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER THEREON**