CHAPMAN, POPIK & WHITE, LLP
Renee C. Callantine, State Bar No. 155991
Andrea Kendrick, State Bar No. 225688
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Plaintiff
MASTERPIECE ARTIST CANVAS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERPIECE ARTIST CANVAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIGARD INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 3:09-cv-01971 EMC <br><br> **STIPULATION RE INTERIM DISCOVERY SCHEDULING PRIOR TO MARCH 10, 2010 BRIEFING DEADLINE** ; ORDER |

The parties, through their attorneys, hereby agree to the following interim discovery schedule:

| Discovery | Date |
|---|---|
| Plaintiff serves supplemental responses to defendant's special interrogatories, set one | 2/12/10 |
| Plaintiff serves the remaining documents it has identified as responsive To defendant's first document request | 2/19/10 |
| Deposition of Gerald Fisch | 2/24/10 |
| Deposition of John Sooklaris | 2/26/10 |
| Deposition of Beth Wild | 3/2/10 |
| Deposition of Greg Alumbaugh | 3/4/10 |
| Deposition of Sam Young | 3/5/10 |
| Deposition of Mike Sowerwine | 3/9/10 |

1

| | |
|---|---|
| Deposition of Matthew Worden | 3/17/10 |
| Deposition of Eric Sullivan | 3/25/10 |

The parties further agree that they will not change or cancel the above deadlines and dates absent agreement from the other party or other good cause. Should a deponent seek to cancel or change a scheduled deposition, the parties will make a good faith effort to reschedule the deposition for a mutually convenient date, time and place.

The parties further agree that no later than noon on March 8, 2010, defendant's counsel shall advise plaintiff's counsel in writing of any further discovery it plans to seek that involves contact with plaintiff's past or existing, potential or actual customers and the reasons for such discovery so that both parties will have an opportunity to fully brief the issue of whether and to what extent defendant is entitled to conduct discovery that entails contacting plaintiff's former or current customers.

DATED: February 22, 2010

CHAPMAN, POPIK & WHITE LLP

By: /s/ Renee Callantine
RENEE C. CALLANTINE
Attorneys for Plaintiff
MASTERPIECE ARTIST CANVAS INC

DATED: February 22, 2010

**RUDLOFF, WOOD & BARROWS LLP**

By:_____
KATHLEEN M. DeLANEY
Attorneys for Defendant
UNIGARD INSURANCE COMPANY

2

Case No. 3:09-cv-01971 EMC    STIPULATION RE INTERIM DISCOVERY SCHEDULING

| | |
|---|---|
| Deposition of Matthew Worden | 3/17/10 |
| Deposition of Eric Sullivan | 3/25/10 |

The parties further agree that they will not change or cancel the above deadlines and dates absent agreement from the other party or other good cause. Should a deponent seek to cancel or change a scheduled deposition, the parties will make a good faith effort to reschedule the deposition for a mutually convenient date, time and place.

The parties further agree that no later than noon on March 8, 2010, defendant's counsel shall advise plaintiff's counsel in writing of any further discovery it plans to seek that involves contact with plaintiff's past or existing, potential or actual customers and the reasons for such discovery so that both parties will have an opportunity to fully brief the issue of whether and to what extent defendant is entitled to conduct discovery that entails contacting plaintiff's former or current customers.

DATED: February __, 2010

CHAPMAN, POPIK & WHITE LLP

By:_____
RENEE C. CALLANTINE
Attorneys for Plaintiff
MASTERPIECE ARTIST CANVAS INC

DATED: February 22, 2010

RUDLOFF, WOOD & BARROWS LLP

By: /s/ Kathleen DeLaney
KATHLEEN M. DeLANEY
Attorneys for Defendant
UNIGARD INSURANCE COMPANY

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]