MARJIE D. BARROWS (State Bar No. 122129)
KATHLEEN M. DeLANEY (State Bar No. 196376)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

Attorneys for Defendant UNIGARD INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASTERPIECE ARTIST CANVAS, INC.,<br>Plaintiff,<br>vs.<br>UNIGARD INSURANCE COMPANY., and DOES 1-10, inclusive,<br>Defendants. | Action No. CV-09-1971 EMC<br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON**<br>[Rule 41(a)(2), Fed. R.Civ.P.] |

1. WHEREAS, the parties to this action have executed a Confidential Settlement Agreement and General Release In Full; and

2. WHEREAS, Plaintiff Masterpiece Artist Canvas, Inc. has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

3. WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

///

///

///

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

4. The parties to this action agree, through their respective attorneys, that Plaintiff Masterpiece Artist Canvas, Inc. hereby dismisses this action in its entirety, with prejudice, each side bearing its own costs.

**IT IS SO STIPULATED.**

Dated: April 16, 2010

CHAPMAN POPIK & WHITE LLP

By: ______________________
Renee C. Callantine
Attorneys for Plaintiff MASTERPIECE ARTIST CANVAS, INC.

Dated: April 16, 2010

RUDLOFF WOOD & BARROWS LLP

By: ______________________
Marjie D. Barrows
Attorneys for Defendant UNIGARD INSURANCE COMPANY

**ORDER OF DISMISSAL**

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice.

DATED: 5/3/10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

UNITED ... DGE